IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                              CASE NO. 11-CR-10019

ROBERT WILLIAMS                                                         DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss Indictment filed by the United States of America. (ECF No. 31). Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves to dismiss without prejudice the Indictment filed in this matter. Accordingly, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of June, 2013.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge